UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

FILED IN OPEN COURT
SEP 10 2009
At_____ M
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **INDICTMENT** |
| ) | (One Count) |
| v. ) | |
| ) | 29 U.S.C. § 501(c) |
| KAREN SNELLING ) | |
| ) | CAUSE NUMBER 3:09CR 117 |

**THE GRAND JURY CHARGES**:

### Count 1

From in or around February 2004 through in or around September 2008, in the Northern District of Indiana,

**KAREN SNELLING**,

defendant herein, while the treasurer of the Gary Newspaper Guild, a labor organization engaged in an industry affecting commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to her own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $18,100.

In violation of Title 29, United States Code, Section 501(c).

# FORFEITURE ALLEGATION

1. The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 29, United States Code, Section 501(c), set forth in Count 1 of this Indictment, the Defendant, KAREN SNELLING, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense, including approximately $18,100 in United States currency.

3. If any of the property described above, as a result of any act or omission of the Defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, U.S.C., § 981(a)(1)(C), and Title 28, U.S.C., § 2461(c).

A TRUE BILL:

s/Foreperson
Grand Jury Foreperson

APPROVED:

DAVID CAPP
UNITED STATES ATTORNEY

By: s/Jesse M. Barrett
Jesse M. Barrett
Assistant United States Attorney