UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:09-CR-117(01)RM |
| | ) | |
| KAREN P. SNELLING | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on December 10, 2009 [Doc. No. 15]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Karen Snelling's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 29 U.S.C. § 501(c).

SO ORDERED.

ENTERED:  December 29, 2009 

                                           /s/ Robert L. Miller, Jr.
                                           Chief Judge
                                           United States District Court